COURT OF
APPEALS

                                                    EIGHTH DISTRICT
OF TEXAS

                                                               EL
PASO, TEXAS

 

                                                                              )     

JAMES LEE
SWEED,                                          )                    No. 
08-02-00217-CV

                                                                              )

Appellant,                          )                             Appeal from

                                                                              )     

v.                                                                           )                      327th District Court

                                                                              )

JAY L. NYE,                                                        )                 of El Paso County, Texas

                                                                              )

Appellee.                           )                        (TC# 2000-4238)

 

O
P I N I O N

 

Pending
before the Court is a motion to dismiss the appeal due to settlement filed by
James Lee Sweed, Appellant.  The motion to dismiss is filed pursuant to Tex.R.App.P. 42.1, which states that:

(a) The
appellate court may dispose of an appeal as follows:

 

(1) in accordance with an agreement signed by all parties or
their attorneys and filed with the clerk; or

 

(2) in accordance with a motion of appellant to dismiss the
appeal or affirm the appealed judgment or order; but no party may be prevented
from seeking any relief to which it would otherwise be entitled.

 

According
to Appellant=s motion,
the parties have settled all matters in controversy.  Therefore,  we dismiss the appeal pursuant to Rule
42.1(a)(2).

 

December 19, 2002

                                                            


ANN CRAWFORD McCLURE, Justice

 

Before Panel No. 4

Barajas, C.J., Larsen, and
McClure, JJ.

 

(Do Not Publish)